## 22663. MUSGROVE v. MUSGROVE.

HEAD, Presiding Justice. The certificate of the trial judge does not amount to a certification that the bill of exceptions is true, but, on the contrary, shows that it is not true. "A certificate to a bill of exceptions, wherein the judge certifies that it is true, 'except as hereinafter qualified,' and then adds the qualification after the close of the general certificate, does not amount to a certification that the bill of exceptions as written is true; and the writ of error must be dismissed." *Central of Georgia R. Co. v. Mills,* 143 Ga. 47 (84 SE 120); *Hatcher v. Smith & Gordon,* 84 Ga. 451 (11 SE 1064); *Jarriel v. Jarriel,* 115 Ga. 23 (41 SE 262); *Adamson v. Bradley,* 147 Ga. 328 (93 SE 894); *Fischer v. Carpenter,* 178 Ga. 224 (172 SE 464); *Bentley v. Gordon,* 188 Ga. 103 (2 SE2d 912); *Beasley v. Georgia Power Co.,* 207 Ga. 188 (60 SE2d 363); *Wofford v. Nance,* 217 Ga. 640 (124 SE2d 72).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED OCTOBER 13, 1964—DECIDED NOVEMBER 5, 1964.

*Marvin P. Nodvin,* for plaintiff in error.
*Charles H. Wills,* contra.